| SUCCESSION OF SANDRA A. MCELVEEN ROBIHO | * | NO. 2019-CA-0858 |
|---|---|---|
| | * | COURT OF APPEAL |
| | * | FOURTH CIRCUIT |
| | * | STATE OF LOUISIANA |
| | * | |
| | * | |

\* \* \* \* \* \* \*

| CONSOLIDATED WITH: | CONSOLIDATED WITH: |
|---|---|
| SUCCESSION OF MELISSA MARIA ROBIHO | NO. 2019-CA-0859 |

| CONSOLIDATED WITH: | CONSOLIDATED WITH: |
|---|---|
| MELVIN PAUL ROBIHO, JR. AS ADMINISTRATOR OF THE ESTATE OF SANDRA A. MCELVEEN ROBIHO | NO. 2019-CA-0860 |

VERSUS

BRANDON ROBIHO AND WHITNEY ROBIHO AS CO-ADMINISTRATORS OF THE ESTATE OF MELISSA ROBIHO

*DLD*

**DYSART, J., CONCURS IN THE RESULT.**